**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jairo Enrique JIMENEZ, Defendant— Appellant.**

No. 01–10140.

D.C. No. CR–99–00451–LDG.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2002.*

Decided Aug. 27, 2002.

Before KOZINSKI and MCKEOWN, Circuit Judges, and FITZGERALD, District Judge.**

ORDER ***

Jairo Enrique Jimenez appeals his sentence. We have jurisdiction and affirm.

At sentencing, the district court had ample evidence to support a finding that Jimenez was the central figure in a drug distribution ring. The district court's imposition of a two-level enhancement did not constitute plain error. Accordingly, the sentence is affirmed.

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. 34(a)(2).

** The Honorable James M. Fitzgerald, Senior United States District Judge for the District of Alaska, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.